

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00194-CR

---

JOHNATHAN LEE WOOD, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323123

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Johnathan Lee Wood originally appealed his conviction of continuous sexual abuse of a child under this Court's cause number 06-14-00009-CR. This Court dismissed cause number 06-14-00009-CR on March 21, 2014, for want of jurisdiction because Wood's notice of appeal was untimely. On October 23, 2018, the Texas Court of Criminal Appeals granted Wood an out-of-time appeal. This Court has determined that the clerk's record and the reporter's record in our cause number 06-14-00009-CR comprise the appellate record in this case.

In an effort to expedite matters and to avoid duplication of effort, the clerk of this Court is ordered to incorporate the clerk's record and the reporter's record from cause number 06-14-00009-CR into cause number 06-18-00194-CR as the appellate record in this matter. *See* TEX. R. APP. P. 2.

IT IS SO ORDERED.

BY THE COURT

Date: November 1, 2018